# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERWIN MILLER, as Executor of the Estate of Loretta Doyle, | : CIVIL ACTION<br>:<br>: |
| Plaintiff, | :<br>: No. 17-3063 |
| v. | :<br>: |
| McCABE, WEISBERG & CONWAY, P.C., | :<br>: |
| Defendant. | :<br>: |

## ORDER

**AND NOW**, this 9th day of March, 2018, upon consideration of the Cross-Motions for Summary Judgment filed by Plaintiff Erwin Miller ("Miller"), as Executor of the Estate of Loretta Doyle, and Defendant McCabe, Weisberg & Conway, P.C. (the "McCabe Firm"), along with the numerous briefs in support and opposition to the respective Motions, it is hereby **ORDERED** that:

1. the McCabe Firm's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**. Miller's claim under the Fair Debt Collection Practices Act is **DISMISSED WITH PREJUDICE**. Miller's state law claim under the Pennsylvania Unfair Trade Practices and Consumer Protection Law is **DISMISSED WITHOUT PREJUDICE**, as the Court declines to exercise supplemental jurisdiction over it pursuant to 28 U.S.C. § 1367(c)(3); and

2. Miller's Motion for Summary Judgment (Doc. No. 12) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE